UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| YOLANDA HAYES MCPHERSON | * | CIVIL ACTION |
| VERSUS | * | NO. 23-2433 |
| OCHSNER HEALTH SYSTEM SKILLED NURSING FACILITY WEST CAMPUS, ET AL. | * | SECTION "T" (2) |

## ORDER

Before me is Plaintiff Yolanda Hayes McPherson's Motion for Extension of Time to File Response (ECF No. 7) to Defendants' Motion to Dismiss (ECF No. 5). The undersigned has already issued a Report and Recommendation (ECF No. 8) with regard to the Motion to Dismiss, and thus, her request for additional time to respond is moot. Plaintiff may, however, seek the district judge's review of the undersigned's Report and Recommendation by filing a motion within fourteen days of the entry of the Report (i.e., no later than Thursday, August 17, 2023), as set forth in the Report and Recommendation. Having already issued the Report and Recommendation, the matter is now before the district judge. Accordingly,

IT IS ORDERED that Plaintiff's Motion for Extension of Time to File Response (ECF No. 7) to Defendant's Motion to Dismiss is DENIED AS MOOT.

New Orleans, Louisiana, this 3rd day of August, 2023.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE