UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| YOLANDA HAYES MCPHERSON | * | CIVIL ACTION |
| VERSUS | * | NO. 23-2433 |
| OCHSNER HEALTH SYSTEM SKILLED NURSING FACILITY WEST CAMPUS, ET AL. | *  * | SECTION "T" (2) |

## ORDER

The Court, after considering Defendants Beth Himes, Austin Reeder, William Wright, and Danielle Yenugenti's Motion to Dismiss (ECF No. 5) along with the record, the applicable law, the Magistrate Judge's Report and Recommendation (ECF No. 8), and Plaintiff's Objection to the Magistrate Judge's Report and Recommendation (ECF No. 10), and finding that Plaintiff's Objection is without merit, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Defendants' Motion to Dismiss (ECF No. 5) is **GRANTED**, but with leave to file an amended complaint as to race discrimination under § 1981 within twenty-one days. However, considering that the *pro se* Plaintiff has already filed an Amended Complaint into the record (ECF No. 11),

**IT IS FURTHER ORDERED** that Defendants Himes, Reeder, Wright, and Yenugenti must file a responsive pleading to the Amended Complaint within 14 (fourteen days) of this Order, or no later than **TUESDAY, OCTOBER 10, 2023.**

New Orleans, Louisiana, this  26th  day of September, 2023.

GREG G. GUIDRY
UNITED STATES DISTRICT JUDGE